JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOPHAN POK,<br><br>    Petitioner,<br><br>    v.<br><br>HOLLAND, Warden,<br><br>    Respondent. | Case No. CV 12-9347-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: 11-19-12

James V. Selna
United States District Judge